**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02771-REB-DLW

ROSE QUINTANA,

    Plaintiff,

v.

RALLY TWO, LLC, d/b/a Subway Stores #13048 & 20068, a Colorado limited liability corporation, and
C. LYN FRANK, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss Case With Prejudice** [#33] filed August 19, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion To Dismiss Case With Prejudice** [#33] filed August 19, 2009, is **GRANTED**;

    2.  That the Trial Preparation Conference set for January 22, 2010, is **VACATED**;

    3.  That the jury trial set to commence February 8, 2010, is **VACATED**; and

2

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated August 20, 2009, at Denver, Colorado.

      BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge